**Opinion issued September 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00402-CV

———————————

**JEFFREY A. BENSON, CLIFFORD M. BRAKE, JR., ROBERT CRONIN, BRIAN L. ELLIOT, STEPHEN O'CONNOR, SIXMUND PELEKAMOYO, AND KIM ZAMORA, Appellants**

**V.**

**T H HILL ASSOCIATES, INC., Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-75246**

---

## MEMORANDUM OPINION

Appellants, Jeffrey A. Benson, Clifford M. Brake, Jr., Robert Cronin, Brian

L. Elliot, Stephen O'Connor, Sixmund Pelekamoyo, and Kim Zamora, have filed a

motion to dismiss the appeal.  No other party has filed a notice of appeal, and no

opinion has issued.  Further, although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.